**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE CALAVERA, )<br>              Plaintiff, )<br>vs. )<br>BANK OF AMERICA, N.A., *et al.*, )<br>              Defendants. ) | Case No.  2:12-cv-00177-RCJ-GWF<br>**ORDER** |

    This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated February 2, 2012, required the parties to file a Joint Status Report regarding removed action no later than March 6, 2012.  To date the parties have not complied.  Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 26, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 14th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge